United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARIA D. RICHARDS,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-16-263 |
| | § | |
| **GEOVERA SPECIALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| Defendant. | § | |

## ORDER

On December 15, 2016, the parties filed a Joint Stipulation of Dismissal Without Prejudice. Dkt. No. 11.

The motion is **GRANTED**; all claims made in this case are dismissed without prejudice to refiling. Costs are taxed against the party incurring the same.

DONE at Brownsville, Texas, on December 16, 2016.

_____
Andrew S. Hanen
United States District Judge

1